**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DEPOMED, INC. and GRÜNENTHAL GMBH,

Plaintiffs,

v.

ACTAVIS ELIZABETH LLC, ACTAVIS, LLC, and ACTAVIS INC.,

Defendants.

Civil Action No.: 15-6797 (CCC-MF)

**ORDER**

**CECCHI, District Judge.**

This matter comes before the Court on Defendants' Motion to Dismiss (ECF No. 17.) The Court heard oral argument on this motion on December 4, 2015. Having considered the parties' written submissions and oral argument, for the reasons set forth in the accompanying Opinion, which has been filed under temporary seal this day;

IT IS on this 8th day of January, 2016

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 17) is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Count I of the Complaint is **DISMISSED** with prejudice; and it is further

**ORDERED** that Count II of the Complaint is not dismissed; and it is further

**ORDERED** that the accompanying Opinion will be unsealed on Monday, February 1, 2016 unless an appropriate motion to seal same (pursuant to Local Rule 5.3(c)) is filed by either side (or jointly) by January 25, 2016.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.